CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Phone: 559-226-1534
Fax: 559-412-4746
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00146 AWI BAM |
| Plaintiff, | |
| vs. | WAIVER OF PERSONAL APPEARANCE BY ROBERT ARON SPRENKLE; ORDER |
| ROBERT ARON SPRENKLE, | |
| Defendant. | |

    Defendant Robert Aron Sprenkle hereby waives his right to be present in open court for the hearing of any motion or other proceeding in this matter, including, but not limited to, when the case is ordered set for trial, when a continuance is granted, and when any other action is taken by the court either before or after trial, except for an arraignment, plea, empanelment of a jury and imposition of sentence.

    Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, Carl M. Faller, in the same manner as if the defendant was personally present; and further agrees to be present in person in court ready for trial at any day and hour the court may fix in his absence.

    Defendant further acknowledges that she has been informed of his rights under Title 18, United States Code, Sections 3161 through 3174 (known as the Speedy Trial Act), and

///

Case 1:13-cr-00146-AWI-BAM   Document 16   Filed 11/27/13   Page 2 of 2

authorizes his attorney to set times and dates under the Act without defendant being present.

Dated:  July 30, 2013                           /s/ Robert Aaron Sprenkle
                                                ROBERT ARON SPRENKLE

Dated:  July 30, 2013                           /s/ Carl M. Faller
                                                CARL M. FALLER
                                                Attorney for Defendant
                                                Robert Aaron Sprenkle

ORDER:

   IT IS ORDERED that defendant's presence having been waived under the conditions set forth above, his personal presence is excused under those conditions.

IT IS SO ORDERED.

Dated:   **November 27, 2013**              /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE