BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT ARON SPRENKLE,<br><br>　　　　　　　Defendant. | CASE NO. 1:13-CR-00146-AWI<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Robert Aron Sprenkle, it is hereby ORDERED as follows:

1. Under 18 U.S.C. § 2253, defendant Robert Aron Sprenkle's interest in the following property shall be forfeited to the United States of America, to be disposed of according to law:

　　　a. One black ASUS desktop computer tower seized by Immigration and Customs Enforcement on November 20, 2012.

2. The above-listed property constitutes property which contains visual depictions mailed, shipped, or transported, and is property used or intended to be used to commit and to promote the commission of a violation of 18 U.S.C. § 2252(a).

3. Under Rule 32.2(b), the Attorney General (or a designee) shall be authorized

Preliminary Order of Forfeiture　　　　　　　1

to seize the above-listed property.  The property shall be seized and held by the Department of Homeland Security, Immigration and Customs Enforcement or Customs and Border Protection.

  4. a. Under 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

   b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

  5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

IT IS SO ORDERED.

Dated:  August 8, 2014       _____
                 SENIOR  DISTRICT  JUDGE

Preliminary Order of Forfeiture      2