UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROBERT ARON SPRENKLE,<br><br>Defendant | CASE NO. 1:13-CR-0146 AWI BAM<br><br>ORDER APPOINTING FEDERAL DEFENDER'S OFFICE REGARDING MOTION FOR COMPASSIONATE RELEASE |

On September 21, 2020, Defendant Robert Sprenkle, appearing pro se, moved to modify his prison sentence in part through 18 U.S.C. § 3582(c).  See Doc. No. 35.  Pursuant to Eastern District of California General Order No. 595, defendant's motion is referred to the Federal Defender's Office for the Eastern District of California.  The parties are directed to communicate in an attempt to stipulate to a briefing schedule (which may include the filing of a supplemental motion by Defendant through counsel) and shall inform the court of the result of that effort within five (5) days of service of this order.

IT IS SO ORDERED.

Dated:   September 23, 2020              _____
                                          SENIOR DISTRICT JUDGE