Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Fax: (559) 459-0656

Attorney for
Robert Aron Sprenkle

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Robert Aron Sprenkle,<br><br>Defendant. | CASE No: 1:13-CR-0146-AWI BAM<br><br>Request for Time to Contact Robert Aron Sprenkle<br><br><br>Hon. Anthony W. Ishii |

Counsel has been contacted by the Federal Defender's Office on September 28, 2020 regarding Case No. 1:13-CR-0146 AWI BAM, Robert Aron Sprenkle.  It was requested that counsel contact Mr. Sprenkle to ascertain if he is requesting that an attorney be appointed on his compassionate release request.  Mr. Sprinkle's pro se request was filed on September 21, 2020.

Robert Sprenkle is in federal prison at Coleman, Florida.  Counsel is requesting time to telephone and write Robert Sprenkle.  If he is requesting that counsel be appointed a briefing schedule will be developed with the Assistant United States' Attorney.

It is therefore requested that the Court allow the parties until October 6, 2020 to file a briefing schedule.

1

| | |
|---|---|
| Dated September 28, 2020 | Respectfully submitted |
| | /s/Barbara Hope O'Neill |
| | Barbara Hope O'Neill |
| | Attorney for Robert Aron Sprenkle |

ORDER

IT IS SO ORDERED.

Dated:  September 28, 2020          _____
                                                                    SENIOR DISTRICT JUDGE