Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Fax: (559) 459-0656

Attorney for Robert Aron Sprenkle

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>ROBERT ARON SPRENKLE,<br><br>Defendant. | CASE No:  1:13-CR-00146-1 - AWI<br><br>STIPULATION REGARDING BRIEFING SCHEDULE FOR COMPASSIONATE RELEASE MOTION<br><br>Hon. Anthony W. Ishii |

    Counsel for Robert Aron Sprenkle and Assistant United States Attorney David Gappa jointly stipulate as following regarding the briefing on the motion for compassionate release.

1. Counsel for Mr. Sprenkle shall file any motion for compassionate release on or before **October 21, 2020.**
2. The United States shall file any opposition to Mr. Sprenkle's motion on or before **November 17, 2020.**
3. Counsel for Mr. Sprenkle shall file any reply to the United States' opposition on or before **November 24, 2020.**

1

**IT IS SO STIPULATED.**

October 6, 2020                                           Respectfully submitted

/s/Barbara Hope O'Neill
Barbara Hope O'Neill
Attorney for Robert Aron Sprenkle


s/s David Gappa
David Gappa
Assistant United States Attorney


ORDER

Good cause appearing, the stipulation is ADOPTED.

IT IS SO ORDERED.

Dated:   October 6, 2020                    _____
                                            SENIOR DISTRICT JUDGE