UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROBERT ARON SPRENKLE,<br><br>Defendant | CASE NO. 1:13-CR-0146 AWI BAM<br><br>ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL AND ORDER FOR CLERK TO FILE EXHIBIT 3 UNDER SEAL<br><br>(Doc. No. 44) |

On September 21, 2020, Defendant Robert Sprenkle, appearing pro se, moved to modify his prison sentence in part through 18 U.S.C. § 3582(c).  See Doc. No. 35.  Pursuant to Eastern District of California General Order No. 595, defendant's motion was referred to the Federal Defender's Office for the Eastern District of California.

On October 22, 2020, counsel for Defendant filed a proposed order and request to file "Exhibit 3" under seal as the exhibit was composed of medical records.  See Doc. No. 44.  Medical records contain private, confidential, and often sensitive information, and courts often order medical records to be filed under seal.  E.g. United States v. Bradley, 2020 U.S. Dist. LEXIS 119962, *21 (E.D. Cal. July 6, 2020); Johnsen v. Tambe, 2019 U.S. Dist. LEXIS 144715, *2-*5 (W.D. Wash. Aug. 26, 2019).  The Court detects no reason to reach a different conclusion in this case.  Therefore, Defendant's medical records, Exhibit 3, will be sealed.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that the Clerk shall file Defendant's medical records, which are Plaintiff's Exhibit 3 in support of his motion for compassionate release under 18 U.S.C. § 3582(c) (1)(A), UNDER SEAL.

IT IS SO ORDERED.

Dated:   November 2, 2020                                     _____
                                                                                        SENIOR  DISTRICT  JUDGE