**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff<br><br>v.<br><br>**ROBERT ARON SPRENKLE,**<br><br>Defendant | **CASE NO. 1:13-CR-0146 AWI BAM**<br><br>**ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL AND ORDER FOR CLERK TO FILE EXHIBIT 2 UNDER SEAL**<br><br>(Doc. No. 48) |

On September 21, 2020, Defendant Robert Sprenkle, appearing pro se, moved to modify his prison sentence in part through 18 U.S.C. § 3582(c).  See Doc. No. 35.

On November 17, 2020, the United States filed a proposed order and request to file "Exhibit 2" to its opposition under seal as the exhibit was composed of medical records.  See Doc. No. 48.  Medical records contain private, confidential, and often sensitive information, and courts often order medical records to be filed under seal.  E.g. United States v. Bradley, 2020 U.S. Dist. LEXIS 119962, *21 (E.D. Cal. July 6, 2020); Johnsen v. Tambe, 2019 U.S. Dist. LEXIS 144715, *2-*5 (W.D. Wash. Aug. 26, 2019).  The Court detects no reason to reach a different conclusion in this case.  Therefore, Exhibit 2 to the United States' opposition, will be sealed.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that the Clerk shall file Defendant's medical records, which are the United States' Exhibit 2 in opposition to the motion for compassionate, UNDER SEAL.

IT IS SO ORDERED.

Dated:   November 18, 2020                             _____
                                                                                     SENIOR  DISTRICT  JUDGE